FILED
CLERK, U.S. DISTRICT COURT

OCT 19 2021

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Juan Uriostequi,<br><br>Defendant. | Case No. CR 12-00469-PA<br><br>**ORDER OF DETENTION AFTER HEARING**<br><br>[Fed.R.Crim.P. 32.1(A)(6); 18 U.S.C. § 3143(A)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Central District of California  for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  [X]  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  strong evidence

of failure to report to probation; insufficient bail resources; use of aliases; prior probation revocation; non-compliance with sex offender registration

and/or

B.  ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 10/19/2021

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE

2